GEORGE T. BINDER, Respondent, *v.* FRANK TIMONY, Appellant.

(Argued April 26, 1886; decided June 1, 1886.)

*Francis Larkin* for appellant.

*Cephas Brainerd* for respondent.

Agree to affirm ; no opinion.

All concur.

Judgment affirmed.

---

GEORGE W. WATSON, Respondent, *v.* HOOPER C. BARRETT, Appellant

(Argued April 26, 1886 ; decided June 1, 1886.)

*Joseph A. Shoudy* for appellant.

*Theodore F. Miller* for respondent.

Agree to affirm ; no opinion.

All concur.

Judgment affirmed.